1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   JOHN PAUL REICHMUTH
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:   (510) 637-3500
6  Facsimile:    (510) 637-3507
   Email:          John_Reichmuth@fd.org

8  Counsel for Defendant SMITH

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

14  UNITED STATES OF AMERICA,           | **Case No.:** CR 16–113 JD
15         Plaintiff,                    | **STIPULATION AND ORDER TO**
                                         | **CONTINUE STATUS HEARING**
16         v.
17  RODNEY SMITH,
18         Defendant.

20       IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS

HEARING presently set for March 18, 2020 at 3:00 p.m. before the Hon. James Donato, be

CONTINUED until April 15, 2020 at 10:30 a.m.

       The reasons for this request are as follows:  the parties need additional time to discuss this

case in light of a national health emergency.  The parties propose to attempt to resolve this case

without any unnecessary appearances and will meet and confer regarding the options of

teleconferencing, telephonic appearances, and/ or waiver of Mr. Smith's appearance. There is a

pending investigation related to some of the charges in this case, as well.

The Probation Officer does not object to this request.

DATED:	March 16, 2020	_____/S/_____

JOHN PAUL REICHMUTH
Assistant Federal Public Defender

DATED:	March 16, 2020	_____/S/_____

JASON KLEINWAKS
Assistant United States Attorney

## [ORDER

Based on the reasons provided in the stipulation of the parties above, it is hereby

ORDERED that the STATUS hearing in this case be continued to April 15, 2020 at 10:30 a.m.

**IT IS SO ORDERED.**

DATED:3/17/2020	_____

HON. JAMES DONATO
United States District Judge

STIP. AND [PROPOSED] ORDER TO CONTINUE